FILED U.S. BANKRUPTCY COURT
SEP - 9 2024
By LM
DEPUTY CLERK

To Whom It May Concern,

My name is Daryl Washington my case number is 24-60887. I am asking the courts to please continue my case, allow the waiver of fees and do not allow the Motions for Sanctions requested.

I truly understand that I have tried several times unsuccessfully to obtain a bankruptcy.

I sincerely wish I had the resources many times ago to obtained a lawyer but I could not afford one also there were no pro bono lawyers working on bankruptcies.

I been going through loss of residence, unemployment, going back to school to try and repairing my life. I am a humble man; I try my best to respect the law and I apologize if I seem as though I have abused the courts. This is not my intentions, as I am one that respects the law.

I belong to several fraternal organizations, waiting to hear from the civil police academy on their next training in Bedford, VA. I am unemployed but looking for full time work and have some promising interviews ahead, also I have an offer but its TBD when the IRS will bring in new hires.

Again, I humbly ask that I can move forward. I also know I must do an amendment also to my case. Thank you so much. I await your honors and the court's decision.

Respectfully,

*[signature: Daryl Washington]*

Daryl Washington- Case 24-60887